ACCEPTED
03-14-00701-CR
6628655
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:27:25 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00701-CR

| | | |
|---|---|---|
| **BARRY PIZZO** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:27:25 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207TH Judicial District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3. Appellant was convicted of two counts of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, felony offenses.

4. Appellant was sentenced to imprisonment for LIFE in the Texas Department of Criminal Justice on counts one and two.

5. Notice of appeal was given on November 5, 2014.

6. The clerk's record was filed on February 5, 2015; the

reporter's record was filed on March 11, 2015.

7. Appellant's brief is due on August 24, 2015.

8. Appellant requests an extension of time to 30 days after the Comal Count District Clerk and/or the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas supplement the reporter's record in this cause.

9. **_Current counsel_** has received one prior extension to file the brief in this cause.

10. Defendant is presently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant was appointed on **_June 8, 2015_**. The court reporter's transcript is thirteen (13) volumes long.

Counsel for Appellant has reviewed a majority of the transcript but continues his initial review of the transcript. Based on this initial reading of all volumes of the reporter's record, it is apparent that there are a multitude of issues to be reviewed, researched and briefed.

Additionally, it is apparent that all trial exhibits have not been included as part of the appellate record. Simultaneous with the filing of this motion to extend time to file appellant's brief, appellant is filing

a motion to supplement the appellate record.

Counsel for appellant requests an additional thirty (30) days to file appellant's brief following the appellate record being supplemented.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Pastrano Law Firm, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
713.222.1100-telephone
832.218.7114-facsimile


By:_____
　　E. CHEVO PASTRANO
　　State Bar No. 24037240
　　chevo@pastranolaw.com

　　ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on August 24, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

E. Chevo Pastrano

## CERTIFICATE OF CONFERENCE

This is to certify that on or before August 24, 2015, this office conferred with Mr. Josh Presley of the Comal County District Attorney's Office and the State has no objection to the motion for extension of time to file Appellant's brief.

E. Chevo Pastrano

**STATE OF TEXAS**          §
                            §
**COUNTY OF HARRIS**         §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared E. Chevo Pastrano, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
E. Chevo Pastrano
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 24, 2015, to certify which witness my hand and seal of office.



AZUCENA RUIZ
MY COMMISSION EXPIRES
February 26, 2018

_____
Notary Public, State of Texas